IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITTANY BELL, *et al.*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLYDE'S RESTAURANT GROUP, INC., *et al.*<br><br>　　　　Defendants. | Case No. 1:10-cv-01720 (HHK) |

## JOINT MOTION REGARDING SCHEDULING

　　　Plaintiffs BRITTANY BELL, OLIVIA CARTER, ANTHONY PARKER, and CARLA JOHNSON and Defendants CLYDE'S RESTAURANT GROUP, INC., CLYDE'S, INC., CLYDE'S OF GALLERY PLACE, INC., CLYDE'S OF GEORGETOWN, INC., and CLYDE'S REAL ESTATE GROUP, INC., by their undersigned counsel, hereby move to amend the schedule for Defendants' responses to Plaintiffs' First Amended Complaint ("Complaint") and Plaintiffs' Motion Requesting the Court to Issue Notice Pursuant to 29 U.S.C. § 216(b) ("Motion"):

　　　1.　　On December 20, 2010, Plaintiffs filed their Complaint and delivered to counsel for Defendants a waiver of service form pursuant to Fed. R. Civ. P. 4(d).

　　　2.　　Defendants agreed to waive service of the Complaint and timely delivered the executed the waiver of service form to Plaintiffs' counsel.

　　　3.　　Plaintiffs filed their Motion with the Court on December 23, 2010.

　　　4.　　Upon Defendants' waiver of service, the Defendants' responses to the Complaint were due on February 18, 2011.  So as not to require Defendants to file an opposition to the Motion prior to filing a response to the Complaint, that response date was also set for February 18, 2011.  *See* Minute Order dated January 3, 2011.

5. The parties began exploring possible ways to resolve this case without the need for further involvement of the Court and requested and were granted extensions of time through May 9, 2011 for defendants to file a responsive pleading and respond to Plaintiffs' pending motion.  *See* Minute Orders dated February 15 and 28, March 21 and 30 and April 8, 13, 18, 20 and 26, and May 3, 2011.

6. The parties are continuing to make progress in their discussions, and so as to allow the parties additional time to explore a resolution of the case, the parties have agreed that Defendants shall have until May 13, 2011, to respond to the Complaint and the Motion.

7. Defendants do not consent to the relief requested in the Complaint or Motion, and reserve all rights and defenses related to the subject matter of the Complaint or Motion.


Dated May 9, 2011


| /s/ Heidi Burakiewicz | /s/ Attison L. Barnes, III |
|---|---|
| Cyrus Mehri (DC Bar No.420970) | Attison L. Barnes, III (DC Bar No. 427754) |
| Steven A. Skalet (DC Bar No. 359804) | WILEY REIN LLP |
| Heidi Burakiewicz (DC Bar No. 473973) | 1776 K Street, NW |
| Janelle M. Carter (DC Bar No. 987153) | Washington, DC  20006 |
| MEHRI & SKALET, PLLC | Tel: (202) 719-7000 |
| 1250 Connecticut Ave., NW, Ste. 300 | Fax:  (202) 719-7049 |
| Washington, DC 20036 | abarnes@wileyrein.com |
| Tel: (202) 822-5100 | |
| Fax: (202) 822-4997 | *Counsel for Defendants* |
| cmehri@findjustice.com | |
| sskalet@findjustice.com | |
| hburakiewicz@findjustice.com | |
| jcarter@findjustice.com | |

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITTANY BELL, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>CLYDE'S RESTAURANT GROUP, INC.; *et al.*<br><br>    Defendants. | Case No. 1:10-cv-01720 (HHK) |

**ORDER REGARDING SCHEDULING**

Upon Joint Motion filed by Plaintiffs BRITTANY BELL, OLIVIA CARTER, ANTHONY PARKER, and CARLA JOHNSON and Defendants CLYDE'S RESTAURANT GROUP, INC., CLYDE, INC., CLYDE'S OF GALLERY PLACE, INC., CLYDE'S OF GEORGETOWN, INC., and CLYDE'S REAL ESTATE GROUP, INC., to amend the schedule for Defendants' responses to Plaintiffs' First Amended Complaint ("Complaint") and Plaintiffs' Motion Requesting the Court to Issue Notice Pursuant to 29 U.S.C. § 216(b) ("Motion"), and upon good cause shown, it is hereby

ORDERED that Defendants shall have until May 13, 2011 to respond to the Complaint and to respond to the Motion.

SO ORDERED this _____ day of May, 2011.

_____
UNITED STATES _____ JUDGE

3